FILED
 2005 Nov-01  AM 10:38
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **LANCE ISBELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No.  CV 05-S-13-M** |
| ) | |
| **DOCTOR MARCUS LAWRENCE,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 20, 2005, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, the defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED**

**with prejudice**.  A Final Judgment will be entered.

    **DONE** this 1st day of November, 2005.

                                                _____
                                                United States District Judge